IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.  G-01-21 |
| | § | CIVIL ACTION NO. G-05-251 |
| DESHAWN ANDREWS | § | |

## ORDER OF DISMISSAL

Pursuant to this Court's Opinion and Order of even date herewith, the " Motion under 28

U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody"

(Instrument no. 168) of Deshawn Andrews, is **DENIED in its entirety**.

**THIS IS A FINAL APPEALABLE ORDER.**

**DONE** at Galveston, Texas, this 13th day of January, 2006.

_____

Samuel B. Kent
United States District Judge